435 A.2d 1326

Commonwealth v. Sullivan, Appellant.

Submitted January 14, 1981. Thomas P. Ruane, Jr., for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

658

Before SPAETH, SHERTZ and MONTGOMERY, JJ.

The judgment of sentence of the lower court is hereby affirmed.